[No. 13722–1–I. Division One. May 6, 1985.]

*In the Matter of the Marriage of* LOYE RENEE JORDAN, *Appellant, and* JOSEPH G. JORDAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–04746–1, Shannon Wetherall, J., entered November 10, 1982. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Ringold, JJ.

[No. 12406–4–I. Division One. May 6, 1985.]

*In the Matter of the Marriage of* JAMES EDWARD REHAUME, *Respondent, and* MARY LYNNE REHAUME, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 3755, Howard A. Patrick, J., entered September 27, 1982. *Reversed* by unpublished opinion per Corbett, C.J., concurred in by Williams and Coleman, JJ.

[No. 12230–4–I. Division One. May 6, 1985.]

*In the Matter of the Marriage of* PEGGY A. WOMACK, *Respondent, and* RANDALL LEE WOMACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–00332–3, David W. Soukup, J., entered August 17, 1982. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Williams and Coleman, JJ.